FILE COPY

No. 07-22-00360-CV

| | | |
|---|---|---|
| In the Interest of J.W. and T.W., Children | § | From the 99th District Court of Lubbock County |
| | § | |
| | | May 25, 2023 |
| | § | |
| | | Opinion by Justice Yarbrough |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 25, 2023, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o